UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-03438
David Rivera and ) (Jointly Administered)
Maribel Rivera ) Chapter: 13
) Honorable Janet S. Baer
) DuPage
Debtor(s) )

### Order Modifying Plan and Deferring Default

THIS MATTER coming to be heard on Debtors' Motion to Modify the Chapter 13 Plan to defer the existing default in plan payments, the Court having jurisdiction, due notice having been given to all parties in interest and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

Debtors' Motion is granted and the default in plan payments is deferred to the end of the plan.

Debtors' plan payments shall increase to $ 1,640.00 for the remaining term of the plan.

The plan base is $92,560.00.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 20, 2019

**Prepared by:**

Chad Hayward